Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 19 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Carlos CANTU-Cantu
aka: Carlos Fabian CANTU

**CRIMINAL COMPLAINT**

Case Number: C-15-317M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 10, 2015** in **Hidalgo** County, in the Southern District of Texas defendant, **Carlos CANTU-Cantu**

did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas, which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United Sates.

in violation of Title **8** United States Code, Section(s) **1325**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 16, 2015, Carlos Fabian CANTU was encountered by United States Border Patrol while walking in the brush north of the Border Patrol checkpoint near Sarita, Texas. Agents determined CANTU to be a citizen of Mexico without any valid immigration documents to enter or remain in the United States. CANTU stated he had entered the United States illegally by crossing the Rio Grande River on a raft near Hidalgo, TX, on March 10, 2015. CANTU entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Lance Watt was contacted and agreed to prosecute CANTU for violation of Title 8 USC 1325, illegal entry, due to his criminal convictions in the United States.

Signature of Complainant
**Edwin Lopez**
Printed Name of Complainant

Sworn to before me and signed in my presence, and probable cause found.

**March 19, 2015** at 9:00am      at      Corpus Christi, Texas
Date                                             City and State

**B. Janice Ellington  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

U.S. Department of Homeland Security